**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Eugene A. Ledet, Jr.
Dalrymple & Ledet
P. O. Drawer 14440
Alexandria LA 71315

**REHEARING ACTION: April 25, 2012**

**Docket Number: 11   01243-WCA**

**NADINE EWING**
**VERSUS**
**FREDERICK M. HILBURN, II**

**Appealed from Office of Workers' Compensation - # 2 Case No. 10-05275**

**BEFORE JUDGES:**

 Hon. Jimmie C. Peters
 Hon. Elizabeth A. Pickett
 Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Nadine Ewing** has this day been

 **GRANTED.**
 (Majority Opinion – On Rehearing also being rendered on this date)

cc: Patrick F. Cole, Counsel for the Appellee